W. N. CAMP ET AL., APPELLANTS, VS. THE ALBION PHOSPHATE AND MINING CO., APPELLEE.

Appeal from Circuit Court, Levy county.

*Evans Haile* and *E. C. F. Sanchez*, for Appellants.

No appearance for Appellee.

The bill in this case was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on præcipe of counsel for appellants.

---

FRANK A. TEAGUE AND SAMUEL AGNEW, PLAINTIFFS IN ERROR, VS. JAMES CRIBBETT, DEFENDANT IN ERROR.

Writ of Error to Circuit Court of Marion county.

*O. T. Green*, for Plaintiffs in Error.

*W. S. Bullock*, for Defendant in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed on præcipe of counsel for plaintiffs in error.